IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| YANETH GARCIA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3139 |
| | ) | |
| v. | ) | |
| | ) | |
| MONUMENT MANAGEMENT GROUP, L.L.C. | ) | |
| d/b/a HOLIDAY INN EXPRESS HOTEL & | ) | |
| SUITES, | ) | |
| | ) | ORDER |
| Defendant. | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by August 23, 2005, file their Report of Parties' Planning Conference.

DATED August 4, 2005.

/s/ David L. Piester

United States Magistrate Judge