IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| YANETH GARCIA, | CASE NO. 4:05CV3139 |
| Plaintiff, | |
| | **ORDER** |
| vs. | |
| MONUMENT MANAGEMENT GROUP, L.L.C. d/b/a HOLIDAY INN EXPRESS HOTEL & SUITES, | |
| Defendant. | |

Jennifer Martinez has moved to withdraw as counsel for the plaintiff. Filing 20. Kathleen Neary had previously entered her appearance on behalf of this plaintiff, and her firm, the law firm of Vincent M. Powers & Associates, intends to continue representing the plaintiff.

IT THEREFORE HEREBY IS ORDERED: The motion to withdraw filed by Jennifer Martinez, filing 20, is granted.

DATED this 9th day of November, 2005.

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge