```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| YANETH GARCIA, | ) | CASE NO. 4:05CV3139 |
|         Plaintiff, | ) | |
| vs. | ) | ORDER |
| MONUMENT MANAGEMENT GROUP, L.L.C. d/b/a HOLIDAY INN EXPRESS HOTEL & SUITES, | ) | |
|         Defendant. | ) | |

This matter came before the Court upon the stipulation of the parties to extend the summary judgment deadline in the above captioned matter.  Filing 28.  The Court finds that good cause exists to grant said stipulation.

IT THEREFORE HEREBY IS ORDERED:  The parties' motion to extend the summary judgment deadline, filing 28, is granted.  The summary judgment deadline is extended to March 17, 2006 and the deadline to respond to the summary judgment motion is extended to April 14, 2006.  All other deadlines remain in full force and effect as set forth in all other progression orders entered by the Court.

Dated this 14th Day of February, 2006.

By the Court:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge