```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| YANETH GARCIA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3139 |
| | ) | |
| v. | ) | |
| | ) | |
| MONUMENT MANAGEMENT GROUP, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

The defendant's unopposed motion for a continuance of the pretrial conference and trial setting, filing 41, is granted, and:

1. The pretrial conference will be held before the undersigned in chambers, third floor, United States Post Office and Federal Building, 300 East 3rd Street, North Platte, Nebraska on July 10, 2006 at 4:00 p.m.

2. Jury trial is set to commence, at the court's call, during the week of August 21, 2006 at 1:30 p.m. for 3-4 days, in the courtroom, third floor, United States Post Office and Federal Building, 300 East 3rd Street, North Platte, Nebraska, before the undersigned United States Magistrate Judge.

DATED this 12th day of April, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge