IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| YANETH GARCIA, | ) | CASE NO. 4:05CV3139 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MONUMENT MANAGEMENT GROUP, L.L.C. d/b/a HOLIDAY INN EXPRESS HOTEL & SUITES, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on the Plaintiff's Motion to Submit a Reply Brief and Additional Evidence in the above-captioned matter.

The Court, being duly advised in the premises, finds that said Motion, filing 49, should be and hereby is granted.  Plaintiff is given until May 1, 2006 to submit the reply brief and additional evidence.

IT IS SO ORDERED.

DATED: April 20, 2006.

BY THE COURT

s/ David L. Piester

David L. Piester
United States Magistrate Judge