IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

YANETH GARCIA,                      )
                                    )
            Plaintiff,              )              4:05CV3139
                                    )
        v.                          )
                                    )
MONUMENT MANAGEMENT GROUP,          )                  ORDER
                                    )
            Defendant.              )
_____    )


        Plaintiff's counsel has advised the court that page 54 of
Exhibit 16 was inadvertently omitted from the exhibit, and has
requested that it be added to Exhibit 16.


        IT THEREFORE HEREBY IS ORDERED,

        Plaintiff's request is granted and the clerk is directed
to attach page 54 of Exhibit 16 to Filing Number 53.

        DATED this 9th day of May, 2006.

                          BY THE COURT:

                          s/ *David L. Piester*
                          David L. Piester
                          United States Magistrate Judge