```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| YANETH GARCIA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3139 |
| | ) | |
| v. | ) | |
| | ) | |
| MONUMENT MANAGEMENT GROUP, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

The joint oral motion of counsel is granted and the pretrial conference will be held in Lincoln, rather than North Platte, and is rescheduled to July 18, 2006 at 11:00 a.m. in the chambers of the undersigned, 566 Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

DATED this 12th day of June, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge