IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2006 JUL -7 PM 2: 57

OFFICE OF THE CLERK

| | | |
|---|---|---|
| YANETH GARCIA, | ) | Case No. 4:05CV3139 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MONUMENT MANAGEMENT | ) | |
| GROUP, LLC d/b/a HOLIDAY INN | ) | |
| EXPRESS HOTEL & SUITES, | ) | |
| | ) | |
| Defendant. | ) | |

On this ___ day of July, 2006, this matter comes before the Court on the Parties Stipulation. After considering the Stipulation and being otherwise fully advised of the issues, it is hereby Ordered that Monument Management Group, LLC's Reply Brief and the evidence presented therewith (including the Affidavits of Adam J. Prochaska and David Zaritzky Brown) should be filed under seal. These documents may contain personal and confidential information and/or evidence that should not enter the public realm.

IT IS SO ORDERED.

Dated this 7th day of July, 2006

BY THE COURT:

/s/ David L. Piester
David L. Piester
United States Magistrate Judge

I:\561\76\001\024.wpd