```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| YANETH GARCIA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3139 |
| | ) | |
| v. | ) | |
| | ) | |
| MONUMENT MANAGEMENT GROUP, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Jury trial of this matter shall commence at 9:00 a.m., August 30, 2006 before the undersigned magistrate judge for a duration of 2 - 3 days in the courtroom, third floor, United States Post Office and Federal Building, 300 East 3rd Street, North Platte, Nebraska. Jury selection will be held at commencement of trial.

DATED this 18th day of July, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge